## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JIMMY MANES**                                                                      **PLAINTIFF**
**ADC #164009**

**v.**                              **Case No. 3:20-cv-00262-LPR**

**PHILLIP STERING, Correctional Officer,**                              **DEFENDANT**
**Craighead County Detention Center**

### <u>JUDGMENT</u>

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that Plaintiff Jimmy Manes's Complaint is dismissed without prejudice.  This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of November 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE